UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE PORTER,

    Plaintiff,

v.                                       Case No. 1:18-CV-64

CITY OF KALAMAZOO, et al.,           HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER DISMISSING UNSERVED DEFENDANTS

On March 21, 2018, the Court issued a Notice of Impending Dismissal as to Defendants William Moore, Jeffrey Johnson, and Victor Ledbetter. (ECF No. 13.) The Court required that Porter file a Petition Re: Service of Process on or before April 11, 2018, to avoid dismissal. The time has now passed and Porter did not file a Petition. Therefore,

**IT IS HEREBY ORDERED** that Defendants William Moore, Jeffrey Johnson, and Victor Ledbetter are **DISMISSED** without prejudice for failure to achieve service of process.

Dated: April 17, 2018                                  /s/ Gordon J. Quist
                                                        GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE