UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTINE PORTER**,

    Plaintiff,

v.

**CITY OF KALAMAZOO**, et al,

    Defendants.

Case No. 18-cv-00064

Hon. Gordon J. Quist

| | |
|---|---|
| Joseph B. Gale (P79049)<br>Michigan Litigation Law<br>Attorney for Plaintiff<br>2020 Hazel St.<br>Birmingham, MI 48009<br>Phone: (248) 850-5824<br>Fax:   (248) 856-0573<br>Email: joey@michiganlitigationlaw.com | City of Kalamazoo<br>Richard O. Cherry (P77272)<br>Assistant City Attorney<br>241 W. South St.<br>Kalamazoo, MI 49007<br>Phone: (269) 337-8185 |

## STIPULATED ORDER

The parties, by and through their respective counsel, stipulate and agree to the extension of the scheduling order deadlines regarding the expert report cut-off date, the discovery cut-off date, and the dispositive motion cut-off date by three-months. Counsel for the Parties are making good-faith efforts to conduct discovery, and attempted to resolve the matter at an early facilitation, however, since the matter was not resolved, an extension of the scheduling order deadlines will aid in the resolution of this matter.

The Court having considered the stipulation of the parties, and this Court being otherwise fully advised, **HEREBY ORDERS** that:

1. the disclosure of expert reports for Plaintiff to take place on or before February 19, 2019 and for Defendants to take place on or before March 19, 2019;

2. discovery be completed by April 15, 2019; and

3. dispositive motions to be filed by May 20, 2019.

4. the 6/27/2019 FPTC is RESCHEDULED to 10/2/2019 at 2:00 PM.

Dated:  January 7, 2019

   /s/ Gordon J. Quist
Hon. Gordon J. Quist

/s/ Joseph B. Gale
Joseph B. Gale
Attorney for Plaintiff

/s/ Richard O. Cherry (w/ consent)
Richard O. Cherry
Attorney for Defendant